IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 16-CR-0095 |
| | ) | |
| vs. | ) | |
| | ) | |
| JEFFREY FILLOON, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S MEMORANDUM REGARDING SENTENCING**

The United States provides this memorandum regarding sentencing.

**I.    CASE SUMMARY**

A.    Witnesses: None

B.    Exhibits: None

C.    Issues: None

The Government will ask the Court to sentence the defendant to a term of imprisonment within the Advisory Guidelines range.

Respectfully submitted,

SEAN R. BERRY
Acting United States Attorney

By, /s/ Anthony Morfitt

ANTHONY MORFITT
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA  52401-2101
(319) 363-6333
tony.morfitt@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2017, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ Lkb