Monday, July 3, 2017

To: Honorable Leonard T. Strand
United States District Judge
111 Seventh Avenue SE
Cedar Rapids, IA 52401

Re: Jeffrey Phillip Filloon

Dear Judge Strand,

My name is Nicole Filloon, and I am writing in support of my older brother, Jeffrey Filloon. Jeff will be appearing in your courtroom on July 24th for sentencing. I know that Jeff has admitted to selling items that did not belong to him during his time at the Tama Police Department. However, Jeff is also a hard-working father, a kind older brother, and has always been a contributing member of his community. Although he made a terrible mistake, I know he feels the weight of his actions and I hope you can see that and take it into consideration as you deliberate his sentence.

I have always known Jeff to be a kind and patient person who loves his family, nature, and the outdoors. One of the first memories I can recall is Jeff carrying me on his shoulders while wading through a marsh when I was a little girl. Jeff was fourteen when I was adopted, and despite the age gap between us he often included me in whatever he was doing and looked after me as his little sister. Even after he was married and starting a family of his own, I often spent the night at his house and have always had a close relationship with him, my sister-in-law, and their children. Through the years, I have witnessed him encourage his kids to be involved in school and extracurricular activities. He has spent countless hours with them camping and teaching them about wildlife and even helped coordinate the Tama County 4-H Fair for years after his kids became involved showing animals and doing projects. His hands-on parenting style is especially significant given the opposite kind of household we grew up in. We recently reflected on that late into the night after his son's high school graduation on May 27th. Although Jeff is normally more of a quiet person, we talked for a long time about parenting, how we grew up versus how we are trying to raise our kids, his new job, his kids, my son, our parents, and the challenges facing our children in today's world.

Jeff has always been a very hard worker and has worked hard to provide for his family no matter what the job. He works at a farm that is not close to where he lives. He gets up every day and does physical labor without complaint, in fact, with the positive attitude and joking manner that is characteristic of his good-hearted nature. He has told me that he enjoys the work he does and that he gets along well with his boss. He has always worked very hard to provide for his family, with both he and my sister-in-law working to put the kids through school. They live frugally and do the best that they can. I look up to them for their strong work ethic and values.

Jeff has given his time, energy, and passion to his community. As a police officer, he used a compassionate community policing style that truly sought to serve and protect his community. He also served on the City Council of Toledo, working to improve water quality and start community gardens. He truly loves and cares about his community, which I believe makes him feel even more remorseful that he let down many people with his actions. Jeff is a good person who made a mistake and I know he understands the severity of what he did. He works hard and has a family to support. I hope that you can consider this as you determine Jeff's sentence. Thank you for taking the time to read this letter and consider this request.

Respectfully submitted,

*Nicole Filloon*
Nicole Filloon

Mary E. Fasse-Shaw and Jeffrey J. Shaw
709 E Madison St.
Toledo, IA 52342
June 28, 2017

Dear Honorable Judge:

    We are writing this letter of recommendation for Jeff Filloon, who will be before you for sentencing on July 29th, 2017.

    We have known Jeff for over 30 years. Not only was Jeff a former student; but he and his wife, Piene, have been our neighbors for close to 30 years. Jeff is a wonderful father and has done an excellent job of raising two wonderful children who are highly regarded in this community. Jeff has always been a good neighbor to us, always there to lend a helping hand in variety of ways. We know him to be kind, caring, and hardworking as well as a man who loves his family.

    We understand that Jeff had a serious lapse of judgement, which we believe is completely out of character for him. We understand that there must be consequences for his actions, but we respectfully ask that if there is any leniency that you are able to give him in sentencing under the letter of the law, we humbly ask that you might consider doing so. We believe that he knows that he has made a mistake, but we believe that he has learned from this experience and that something like this will not be repeated.

Thank you for taking the time to read this letter and giving our request consideration.

Sincerely,

*Mary E. Fasse-Shaw*

Mary E. Fasse-Shaw and Jeffrey J. Shaw
Neighbors and Retired Educators

June 29, 2017

Dear Honorable Judge,

My name is Melinda (Filloon) Martens. My brother Jeffrey Filloon will be sentenced in the Cedar Rapids courtroom on July 24, 2017. I would like to write this letter in support of my younger brother. I know of no other way to support him during this most difficult time for our family.

Jeff is a quiet man that for the most part stays to himself. He and his family are well known in our community. He has two children that will be attending college this fall. He has always been a very supportive father. Wether it be sporting events or many years of our county 4-H, Jeff was always cheering on his children. He has always been a loving father taking his children and wife on many fishing and camping trips over the years. In fact, both kids started out their life in a fishing boat and camper with their parents. There was always family time spent together. He has also been supportive of his nephews and niece during their childhood.

Jeff is happiest and at peace when he can be outdoors spending a lot of his time with animals and nature.

To whom this may concern,

Jeff Filloon is and always has been consistent; with sticking to the same values and principles he was raised with as a child.

He has a sense of moral goodness.

Jeff has always held a high respect for the Department of Natural Resources (DNR) as a child, which he pursued in his education. That field also led him into the opportunity of law enforcement.

His cooperation of willingness to join together to help others led him to want to be a part of the community and he joined the local police departments. This is another reflection of how he was as a young boy.

Jeff is a simple yet very humble person. He is patient, calm and kind. He is dependable, well disciplined and trustworthy.

His obligation of gratitude as well the passion for his family and in his career has made him a great husband and father as well as a member of society. Everyone sees this, hears this and knows this about Jeff, which knows him.

Jeff lives his life as the person he was born to be. He doesn't go to the right or the left he stays in the middle and has a great sense of thought and duty for the things he does as well as being considerate of what he says and how he says them. He truly is one of the best men I have ever had the opportunity to have had met in my life. He has always been this way, even as a boy.

Jeff lives by good values. Jeff's character is the same now as a man that it was as when he was boy. Jeff is a peaceful good natured man.

Sincerely,

Melissa (Missy) Broekemeier

*Missy Broekemeier*
*7-27-17*

To whom it may concern,

Hello, I am Hunter Filloon, son of Jeff Filloon. I just want to explain how good of a father and person my dad is. Throughout my whole high school athletics my father has missed only a handful of my many events. If he did miss he would always text me about my game plan and goodluck. After a race or game he would always ask how it was and console me when I did poorly. Anytime he is free or has time off he takes me fishing. We have been on many trips and we have a week long trip every year as a tradition. I have learned so much from him and he is my number one role model. I have seen him only do the right thing. I remember one time we were fishing a bass tournament. The bass had to be 18 inches or over to be able to count for the weight. Our first time we seen people weigh in bass that were under 18. The next time I caught a bass that was 17 3/4". I tried to keep it to weigh but my dad wouldn't let me because it wasn't 18 inches. It's the small things like this that make my dad such a great role model and father. Thank you for taking the time to read this.

Sincerely,
Hunter Filloon
Hunter Filloon

To whom it may concern,

Hello, I am Erin Filloon, daughter of Jeff Filloon. I just wanted to take the time to talk about why my dad is my hero, role model and best friend. My dad is my number one supporter in everything that I do. In high school, I was in sports, band, speech and drama all year round for four years. There were only a few times when my dad would miss an event, but no matter how far the drive, how late it would get over or if it took the whole entire day he would be there cheering me on and giving me encouragement, advice, comfort but most importantly support. Other than my own events he always attended my prom as well, and my cousins when he could. When I moved away to college, it was a hard adjustment seeing and talking to my dad 24/7 to not being able to see him all the time but not a day passed where he wouldn't text me or call. He always would text me good luck before every exam and asked how it went right after. There were even times I would text him about my car acting funny and he would drive

thu have drive to help me, even if it only took a few minutes to fix. Every weekend I came home we go to my cousins races to watch him and we still continue to do so. It's one of my favorite things we do together.

This summer him and I work together at a farm working as farmhands. So I am with him the moment I wake up to the moment I go to bed. Although, it is really hard work I enjoy each day because I get to spend them with him. When I'm with him everything that could be wrong disappears because his positive attitude never leaves and its hard to not be in a good mood or happy around him. His attitude is always so positive even at our lowest. He's the most supportive, positive, honest, and hard working person I know. That's some of many qualities I have learned from him. There isn't a time I remember where he's made me feel bad, sad, or upset. He accepts my mistakes and helps me fix them. He never judges or puts anyone down. I don't think I could

make it a day without him because I ask him a minimum of 20 questions a day and he always has an answer. If he doesn't have an answer he will work at whatever it is to give me one.

I love my dad beyond words can describe and I am so thankful to have a parent like him to ~~xxxxx~~ look up too. Thank you for taking the time to read this letter.

Sincerely,
Erin Filloon
Erin Filloon

Dear Honorable Judge,

My name is Connie Filloon, my son Jeffrey Filloon will be in your court room on July 29, 2017 for his sentencing. I just feel in my heart that I need to tell you a few things about my son. He has always been a very good boy, never been in any trouble before. He has always had a sense of moral goodness. Always has been involved in helping others. Liked by most everyone who has met him, children like him very much, look up to him. Able to converse with anyone who may come over to him. Kind hearted and always there to help when needed but never asking for help.

Always good grades in school, very artistic. His love for animals especially farm animals shows even up to today. He now is a handy man on a farm and making a good living for him and his family. Enjoying his work very much, he even has gotten job for his daughter there and he works side by side with her. A very good father, husband & son. Has always been involved in his childrens school activities, attending all of their cross country meets, sons football games through high school. Involved in their 4-H club with animals and such. In fact his daughter was chosen Tama County 4-H Queen, his son King of his Prom this year. Both will be in college this year. Jeff built his home by himself, never asking for help, but certainly welcoming it would be happy to accept some when anyone would volunteer to help him. They moved into it just a year ago. He is very quiet, calm, never getting angry

Case 1:16-cr-00095-LTS-MAR   Document 48   Filed 07/19/17   Page 9 of 13

raising his voice or none of that. never drank, smoked. Don't believe he ever had a traffic ticket.

He truly is a good man all the way around except for this stupid mistake he did for what reason no one knows.

He is very much loved by his sisters, brother, nieces & nephews. I guess I have written all I feel you should know.

I know you will do what you feel is right. Please believe me when I say he is a good boy (man). May God bless you and my son to.

Sincerly,
Connie Filloon
1017 Siegel St
Tama, Ia. 52339

June 22, 2017
Philip a Filloon (Father)

Jeff Filloon the funny go lucky Guy we have known for many years. Jeff's & Pene's kids grew up with our kids, so we did function together on many occasions, We share a lot at Holiday Lake for 15 years. In all those times we have never seen a bad side or a sad side. He's a great friend and a father/Husband. If you need help he is always there, Not afraid of working on anything always had a job, has many great traits we belove that if this situation goes wrong it would take the wind out of his sails, we hope this letter explains alittle about a great friend and father Jeff is, Chris

father Jeff is.

Chris ~~Pesso~~ Musgrave

My name is Natasha Musgrave, I am 22 years old. Jeff Filloon has been like family my whole life. Been always there for us whenever needed. I have many memories with him growing up. He is always busy building something, hunting, fishing, and spending time with his family. A great man all around. I am blessed to have him in my life.